NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHARLES LYNN BOSWICK,                    )
                                         )
      Appellant/Cross-Appellee,        )
                                         )
v.                                       )
                                         )     Case No.  2D17-4784
STATE OF FLORIDA,                        )
                                         )
      Appellee/Cross-Appellant..       )
_____ )

Opinion filed June 5, 2019.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant/Cross-
Appellee.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney
General, Tampa, for Appellee/Cross-
Appellant.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.